1  KAMALA D. HARRIS
   Attorney General of California
2  JUDITH A. RECCHIO
   Supervising Deputy Attorney General
3  VANESSA W. MOTT
   Deputy Attorney General
4  State Bar No. 184606
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone: (916) 445-4979
    Fax: (916) 324-5567
7   E-mail: Vanessa.Mott@doj.ca.gov
   *Attorneys for Defendants*
8  *Department of Corrections & Rehabilitation*
   *and Donnie Alexander*
9
                IN THE UNITED STATES DISTRICT COURT
10
                FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

| | |
|---|---|
| **ORALEE WOODSON,** | Case No. 39-2015-00322401-CU-BC-STK |
| Plaintiff, | **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT U.S.C. § 1441(a)** |
| v. | |
| **STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION; DEPARTMENT OF YOUTH AUTHORITY; DIVISION OF JUVENILE JUSTICE; DONNIE ALEXANDER DOE 1; DOE 2; DOE 3; DOE 4; DOES 5-25,** | Sacramento County Superior Court Case No. 34-2012-00135527 |
| Defendants | |

I, Jessica Sotelo, certify and declare as follows:

I am over the age of 18 years and not a party to this action. My business address is the Office of the Attorney General, 1300 I Street, Suite 125, Sacramento, California 95814, which is located in the city and state where the mailing described below took place.

On **June 1, 2015**, I deposited by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, Sacramento, CA 95814 a copy of the **Notice to Adverse Party of Removal to**

1

1 **Federal Court** dated June 1, 2015, a copy of which is attached to this Certificate as Exhibit A.

2     I certify and declare under penalty of perjury under the laws of the State of California that

3 the foregoing is true and correct and that this declaration was executed on **June 1, 2015**, at

4 Sacramento, California.

5 Jessica Sotelo            /s/Jessica Sotelo
      Declarant                           Signature

11 11891685.doc
SA2013109644

Certificate of Service of Notice to Adverse Party of Removal to Federal Court U.S.C. § 1441(a)

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Oralee Woodson v. CDCR, DJJ, et al.**
Case No.:    **39-2015-00322401-CU-BC-STK**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On June 1, 2015, I served the attached **CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT U.S.C. § 1441(a)** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Daniel L. Mitchell
Law Offices of Daniel L. Mitchell
1151 Harbor Bay Parkway, Suite 121
Alameda, CA 94502

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 1, 2015, at Sacramento, California.

|  Jessica Sotelo  |  */s/ signature/* |
|------------------|--------------------|
|  Declarant       |  Signature         |

SA2015103543
11897480.doc