KAMALA D. HARRIS
Attorney General of California
JUDITH A. RECCHIO
Supervising Deputy Attorney General
VANESSA W. MOTT
Deputy Attorney General
State Bar No. 184606
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 445-4979
  Fax: (916) 324-5567
  E-mail: Vanessa.Mott@doj.ca.gov
*Attorneys for Defendants*
*Department of Corrections & Rehabilitation
and Donnie Alexander*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ORALEE WOODSON,** <br><br> Plaintiff, <br><br> v. <br><br> **STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION; DEPARTMENT OF YOUTH AUTHORITY; DIVISION OF JUVENILE JUSTICE; DONNIE ALEXANDER DOE 1; DOE 2; DOE 3; DOE 4; DOES 5-25,** <br><br> Defendants | 2:15-cv-01206-MCE-CKD <br><br> **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(6)** <br><br><br> Date: August 6, 2015 <br> Time: 9:00 a.m. <br> Room: 7 <br> Judge: The Hon. Morrison C. England, Jr. |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 6, 2015, at 9:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled court, located at United States District Court, Eastern District of California, 501 I Street, Sacramento, California, 95814, Courtroom 7, Defendants will, and hereby do, move the Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Plaintiff's claims on the grounds that:

1.     The Plaintiff's fourth claim for Wrongful Termination, sixth claim for Intentional

1

Interference with Employment Agreement, seventh claim for Negligent Interference with Employment Agreement, eighth claim for Emotional Distress, ninth claim for Fraud, tenth claim for Negligent Misrepresentation, eleventh claim for Negligent Hiring/Supervision, and twelfth claim for Suppression of Fact must be dismissed because Defendants are immune pursuant to California Government Code section 815.

    2.    The Plaintiff's claim for punitive damages against Defendant Department of Corrections & Rehabilitation must be dismissed because Defendant is immune pursuant to California Government Code section 818.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the pleadings and papers filed herein, and such other matters as may properly come before the Court.

Dated:  June __, 2015

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
JUDITH A. RECCHIO
Supervising Deputy Attorney General

*/S/*

VANESSA W. MOTT
Deputy Attorney General
*Attorneys for Defendants*
*Department of Corrections & Rehabilitation*
*and Donnie Alexander*

SA2013109644
Notice of Motion and Motion to Dismiss.doc

2

Defendants' Notice of Motion and Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(B)(1) and 12(B)(6) (2:15-cv-01206-MCE-CKD)