DANIEL L. MITCHELL, Esq.  (CSB34442)
 Law Offices of
DANIEL L. MITCHELL
1151 Harbor Bay Parkway, Suite 121
Alameda, California  94502
(510) 864-8885
Fax:  (510) 864-8898

Attorneys for Plaintiff
ORALEE WOODSON

# IN THE UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ORALEE WOODSON,

                    Plaintiff,

v.

STATE OF CALIFORNIA; CALIFORNIA
DEPARTMENT OF CORRECTIONS &
REHABILITATION; DEPARTMENT OF
YOUTH AUTHORITY; DIVISION OF
JUVENILE JUSTICE; DONNIE ALEXANDER
DOE 1; DOE 2; DOE 3; DOE 4; DOES 5 to 25

                    Defendants.

_____/_

Case No.  2:15-cv-01206-MCE-CKD

**PLAINTIFF'S RESPONSE TO ORDER
TO SHOW CAUSE WHY CASE SHOULD
NOT BE DISMISSED FOR NON-
COMPLIANCE WITH LOCAL RULES
AND/OR COURT ORDERS (Dk#7)**

**Date:  August 7, 2015**

**Honorable Morrison C. England, Jr.**

        I, Daniel L Mitchell, declare and state under penalty of perjury as follows:

        1.        I am the attorney for plaintiff Oralee Woodson and I make this Response and Declaration

on her behalf.

        2.        I apologize to the Court for not having responded to defendants' Motion to Dismiss

pursuant to FRCP, Rules 12(b)(1) and 12(b)2 calendared for August 6, 2015.

3.      The failure to respond was entirely my fault; it was my responsibility and not that of the plaintiff, Oralee Woodson.  I erred when I did not calendar the Court's change in the date for defendants' Motion which had been originally scheduled for June 16, 2015 after the Court vacated it (Dk#4)

4.      Ms. Woodson, a senior 82 year old, worked many years in the Foster Grandparent Program in the Division of Juvenile Justice and is entitled to have her case heard by this Court.

5.      I believe the calendaring error was caused when I was working to comply with the Court's Order Requiring a Joint Status Report (Dk#2) which directed that I complete service of process on all parties.

6.      In fact, I had all parties served but neither defendant State of California nor defendant Division of Juvenile Justice joined the Motion which caused confusion.

`       7.      Your declarant respectfully requests that Ms. Woodson be excused.


Executed this 4th day of August, 2015 at Alameda, CA

                              s/ *Daniel L Mitchell*

                              _____

                              Daniel L Mitchell, Esq.