1  KAMALA D. HARRIS
   Attorney General of California
2  JUDITH A. RECCHIO
   Supervising Deputy Attorney General
3  VANESSA W. MOTT
   Deputy Attorney General
4  State Bar No. 184606
    1300 I Street, Suite 125
5   P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone:  (916) 445-4979
    Fax:  (916) 324-5567
7   E-mail:  Vanessa.Mott@doj.ca.gov
   *Attorneys for Defendants*
8  *Department of Corrections & Rehabilitation*
   *and Donnie Alexander*

9

                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13  **ORALEE WOODSON,**                    2:15-cv-01206-MCE-CKD

14                         Plaintiff,      **DEFENDANTS' NOTICE OF MOTION
                                           AND MOTION TO DISMISS PURSUANT
15          v.                             TO FEDERAL RULES OF CIVIL
                                           PROCEDURE 12(C)**
16
    **STATE OF CALIFORNIA; CALIFORNIA
17  DEPARTMENT OF CORRECTIONS &
    REHABILITATION; DEPARTMENT OF**        Date:        November 12, 2015
18  **YOUTH AUTHORITY; DIVISION OF**       Time:        2:00 p.m.
    **JUVENILE JUSTICE; DONNIE**           Dept:        7
19  **ALEXANDER DOE 1; DOE 2; DOE 3;**     Judge:       Morrison C. England
    **DOE 4; DOES 5-25,**                  Trial Date:  N/A
20                                         Action Filed:  February 27, 2015
                           Defendants
21

22         TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

23         PLEASE TAKE NOTICE that on November 12, 2015, at 2:00 p.m., or as soon thereafter

24  as the matter may be heard in the above-entitled court, located at United States District Court,

25  Eastern District of California, 501 I Street, Sacramento, California, 95814, Courtroom 7,

26  Defendants will, and hereby do, move the Court pursuant to Rule 12(c) of the Federal Rules of

27  Civil Procedure, to dismiss Plaintiff's claims on the grounds that:

28         1.    The Plaintiff's second claim for Discrimination, third claim for Sexual Harassment

                                            1

1    and thirteenth claim for Title VII Civil Rights violations must be dismissed because Plaintiff was

2    an unpaid volunteer, not an employee.  45 C.F.R. § 2552.45 (2009) ["Foster Grandparents are

3    volunteers, and *are not employees* ..."]

4         2.    The Plaintiff's fifth claim for Defamation must be dismissed because it does not meet

5    the elements of either libel or slander.

6         3.    Plaintiff's FEHA and Title VII claims against Defendant Donnie Alexander must be

7    dismissed because there is no individual liability against him and Plaintiff has not pled a FEHA

8    sexual harassment claim against him.

9         4.    Plaintiff's first claim for Breach of Contract is against CDCR, not Defendant

10   Alexander, and thus Defendant Alexander should be dismissed, entirely, from this suit.

11        The motion will be based on this Notice of Motion and Motion, the Memorandum of

12   Points and Authorities, the pleadings and papers filed herein, and such other matters as may

13   properly come before the Court.

14
     Dated:  October 12, 2015

Respectfully Submitted,

15
KAMALA D. HARRIS
16   Attorney General of California
SUSAN SLAGER
17   Supervising Deputy Attorney General

18

19                                              */S/ Vanessa Mott*
VANESSA W. MOTT
20   Deputy Attorney General
*Attorneys for Defendants*
21   *Department of Corrections & Rehabilitation*
*and Donnie Alexander*
22   SA2015103543
Notice of Motion.doc
23

24

25

26

27

28

2