KAMALA D. HARRIS
Attorney General of California
SUSAN E. SLAGER
Supervising Deputy Attorney General
VANESSA W. MOTT
Deputy Attorney General
State Bar No. 184606
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone: (916) 445-4979
   Fax: (916) 324-5567
   E-mail: Vanessa.Mott@doj.ca.gov
*Attorneys for Defendants*
*Department of Corrections & Rehabilitation*
*and Donnie Alexander*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ORALEE WOODSON,**<br><br>                                      Plaintiff,<br><br>**v.**<br><br>**STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION; DEPARTMENT OF YOUTH AUTHORITY; DIVISION OF JUVENILE JUSTICE; DONNIE ALEXANDER DOE 1; DOE 2; DOE 3; DOE 4; DOES 5-25,**<br><br>                                      Defendants. | 2:15-cv-01206-MCE-CKD<br><br>**REQUEST FOR JUDICIAL NOTICE OF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FRCP 12(b)(6) [SECOND]**<br><br>Date:          May 5, 2016<br>Time:         2:00 p.m.<br>Dept:         Courtroom 7<br>Judge:        Hon. Morrison England<br><br>Trial Date:   TBA<br>Action Filed: February 27, 2015 |

TO PLAINTIFF AND HER ATTORNEY OF RECORD:

Defendants respectfully ask this Court to take judicial notice of the following documents

pursuant to Federal Rule of Evidence 201:

1.     The Certified Government Tort Claims File for Plaintiff Oralee Woodson received

from the Victim Compensation and Government Claims Board.

1

1      See *Crawford v. Goldberg, et al.,* 21 F.3d 1112 (9th Cir. 1994) [defendants filed a request

2  for the district court to take judicial notice of the proceedings before the California State

3  Personnel Board, the California courts, and the federal district court in the first action.  Court held

4  that since these proceedings are all matters of public record, the district court could consider these

5  documents without converting the motion to dismiss to one for summary judgment].  "A board

6  decision on an appeal or a complaint becomes final the day the decision rendered by the board is

7  served by the board upon the parties to the decision." 2 Cal. Code Regs., tit. 2, § 51.6.

8      The Ninth Circuit has traditionally interpreted Rule 201 as allowing courts to "take notice

9  of proceedings in other courts, both within and without the federal judicial system, if those

10  proceedings have a direct relation to matters at issue." *United States ex rel. Robinson Rancheria*

11  *Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992); *see also Kasey v.*

12  *Molybdenum Corp. of Am.*, 336 F.2d 560, 563 (9th Cir. 1964) (ruling that the U.S. District Court

13  for the Eastern District of California was correct to take judicial notice of court records from a

14  related case in the U.S. District Court for the Southern District of California).

15  Dated:  March 17, 2016                 Respectfully Submitted,

16                                  KAMALA D. HARRIS
Attorney General of California

17                                  SUSAN SLAGER
Supervising Deputy Attorney General

18

19

20                                  */S/ Vanessa Mott*

21                                  VANESSA W. MOTT
Deputy Attorney General

22                                  *Attorneys for Defendants*
*Department of Corrections & Rehabilitation*

23  SA2013109644                         *and Donnie Alexander*

24  12173792.docx

25

26

27

28