KAMALA D. HARRIS
Attorney General of California
SUSAN E. SLAGER
Supervising Deputy Attorney General
VANESSA W. MOTT
Deputy Attorney General
State Bar No. 184606
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 445-4979
  Fax: (916) 324-5567
  E-mail: Vanessa.Mott@doj.ca.gov
*Attorneys for Defendants
Department of Corrections & Rehabilitation
and Donnie Alexander*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORALEE WOODSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION; DEPARTMENT OF YOUTH AUTHORITY; DIVISION OF JUVENILE JUSTICE; DONNIE ALEXANDER DOE 1; DOE 2; DOE 3; DOE 4; DOES 5-25,<br><br>　　　　　　　　　　Defendants. | Case No. 2:15-cv-01206-MCE-CKD<br><br>**DECLARATION OF VANESSA W. MOTT IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FRCP 12(b)(6) [Second]**<br><br>Date: 　　May 5, 2016<br>Time: 　　2:00 p.m.<br>Dept: 　　7<br>Judge: 　　Morrison C. England<br>Trial Date: N/A<br>Action Filed: February 27, 2015 |

I, VANESSA W. MOTT, declare as follows:

1. I am a Deputy Attorney General employed by the California Attorney General's Office. I am admitted to practice in the State of California, and before this Court. I am one of the attorneys who represents Defendants California Department of Corrections and Rehabilitation ("CDCR") and Donnie Alexander in this case. I have personal knowledge of the facts stated herein, and would and could competently testify thereto if called upon to do so.

///

1

2. Attached hereto as Exhibit A is a true and correct copy of the certified Government Torts Claim file received by my office from the Victim Compensation & Government Claims Board pertaining to Plaintiff Oralee Woodson.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 17th day of March 2016, at Sacramento, California.

/S/Vanessa W. Mott
Vanessa W. Mott

SA2014117218
12173754.doc

# EXHIBIT A

# CALIFORNIA VCGCB

**Victim Compensation & Government Claims Board**

STATE OF CALIFORNIA
EDMUND G. BROWN JR., Governor

MARYBEL BATJER
Secretary
Government Operations Agency
Chairperson

BETTY T. YEE
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

JULIE NAUMAN
Executive Officer

## CERTIFICATION

As part of my duties as custodian of records, I am familiar with how the Victim Compensation and Government Claims Board (VCGCB) processes claims and maintains its records of these claims, as required by law/statute. I am also knowledgeable in the use of the VCGCB's computer database. The records of the claims and the database are maintained in the ordinary course of VCGCB business. All such computer database entries were made by a government Office Technician within the technician's scope of duty. The entries are made in the ordinary course of VCGCB business, at or near the time the claim is received and/or acted on by the VCGCB. All claims received by the VCGCB since February 17, 2012, are entered into the computer database. Untimely or rejected claims also appear in the computer database.

I hereby certify that the attached documents are true and correct copies of the documents constituting the record of the claim of:

ORALEE WOODSON

Claim Number  G 619217

Date of Incident: March 20, 2014

The record includes the claim, any amendments to the claim, and all notices or correspondences to and from the claimant.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief. I attest my hand and seal of the Victim Compensation and Government Claims Board of the State of California this day.

Executed at Sacramento, California, June 11, 2015

_[signature]_

KATRINA DE CARO
Custodian of Records
Government Claims Program



**KAMALA D. HARRIS**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public: (916) 445-9555
Telephone: (916) 445-6833
Facsimile: (916) 324-5567
E-Mail: Cynthia.Stafford@doj.ca.gov

June 5, 2015

Victim Compensation and Government Claims Board
Government Claims Branch
630 K Street
Sacramento, CA 95814

RE: **REQUEST FOR CLAIM SEARCH**

1. Search for a claim and/or late claim application filed by:

   CLAIMANT:         Oralee Woodson
   CLAIM NUMBER:     Unknown
   DATE OF INCIDENT: January 2, 2013 to the present.

2. **After search is complete, please:**

   Provide either (1) declaration that a claim is not on file **OR** (2) a certified copy of the claim.

3. **Please place the documents in the A.G. mail basket located at the Board.**

4. **Requested by:**     Cynthia M. Stafford, Senior Legal Analyst
                         Employment, Regulation & Administration Section
                         Sacramento
                         (916) 445-6833

                                        Sincerely,

                                        /S/

                                        CYNTHIA M. STAFFORD
                                        Senior Legal Analyst

                              For       KAMALA D. HARRIS
                                        Attorney General



STATE OF CALIFORNIA
EDMUND G. BROWN JR., Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

MARYBEL BATJER
Secretary
Government Operations Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

JULIE NAUMAN
Executive Officer

Daniel L Mitchell
Attorney at Law
1151 Harbor Bay Parkway Ste 121
Alameda, CA 94502



August 29, 2014

RE: Claim G619217 for Oralee Woodson

Dear Daniel Mitchell,

The Victim Compensation and Government Claims Board (Board) rejected your claim at its meeting on August 21, 2014.

If you choose to pursue court action in this matter, it is not necessary or proper to include the Board in your lawsuit unless the Board was identified as a defendant in your original claim. Please consult Government Code section 955.4 regarding proper service of the summons.

If you have questions about this matter, please mention letter reference 118 and claim number G619217 when you call or write your claim technician or analyst at (800) 955-0045 or (916) 491-3700.

cc: Corrections and Rehabilitation

Warning

"Subject to certain exceptions, you have only six months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim." See Government Code Section 945.6. You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately".

Ltr 118 Board Claim Rejection



STATE OF CALIFORNIA
EDMUND G. BROWN JR., Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

MARYBEL BATJER
Secretary
Government Operations Agency
Chairperson
JOHN CHIANG
State Controller
Board Member
MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member
JULIE NAUMAN
Executive Officer

Daniel L Mitchell
Attorney at Law
1151 Harbor Bay Parkway Ste 121
Alameda, CA 94502

July 23, 2014

RE: Claim G619217 for Oralee Woodson

Dear Daniel Mitchell,

The Victim Compensation and Government Claims Board (Board) received your claim on July 05, 2014.

Based on its review of your claim, Board staff believes that the court system is the appropriate means for resolution of these claims, because the issues presented are complex and outside the scope of analysis and interpretation typically undertaken by the Board. The Board will act on your claim at the August 21, 2014 meeting. You do not need to appear at this meeting. The Board's rejection of your claim will allow you to initiate litigation should you wish to pursue this matter further.

If you have questions about this matter, please mention letter reference 50 and claim number G619217 when you call or write your claim technician or analyst at (800) 955-0045 or (916) 491-3700.

Sincerely,

Government Claims Program
Victim Compensation and Government Claims Board

cc: Corrections and Rehabilitation

Ltr 50 Complex Issue Reject