KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
JUDITH A. RECCHIO, State Bar No. 163060
Supervising Deputy Attorney General
MICHELLE A. MARZAHN, State Bar No. 247304
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-8995
 Fax: (916) 324-5567
 E-mail: Michelle.Marzahn@doj.ca.gov
*Attorneys for Defendant California Department of Corrections & Rehabilitation*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ORALEE WOODSON,**<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION; DEPARTMENT OF YOUTH AUTHORITY; DIVISION OF JUVENILE JUSTICE; DONNIE ALEXANDER DOE 1; DOE 2; DOE 3; DOE 4; DOES 5-25,**<br><br>　　　　　　　　　Defendants. | Case No.: 2:15-cv-01206-MCE-CKD<br><br>**ORDER MODIFYING THE PRETRIAL SCHEDULE ORDER TO VACATE ALL DATES AND STAYING DISCOVERY**<br><br>Judge:　　　Hon. Morrison C. England<br>Trial Date:　N/A<br>Action Filed: February 27, 2015 |

On December 29, 2016, Defendant California Department of Corrections & Rehabilitation ("CDCR") filed a Request to Modify the Scheduling Order to Vacate All Dates and Stay Discovery due to the death of Daniel L. Mitchell, attorney for Plaintiff Oralee Woodson ("Plaintiff"). Due to the death of Plaintiff's counsel, the Court finds that there is good cause to modify the scheduling order.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Pretrial Scheduling Order is modified and all upcoming dates and deadlines are vacated.

2. Discovery is stayed in this matter until further order from the Court.

**IT IS SO ORDERED.**

**Dated:  January 30, 2017**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE